**United States District Court**
**Violation Notice**

CVB Location Code
NFI

| Violation Number | Officer Name (Print) | Officer No. |
|---|---|---|
| 6169862 | William MOORE | 6219 |

6169862

**YOU ARE CHARGED WITH THE FOLLOWING VIOLATION**

| Date and Time of Offense (mm/dd/yyyy) | Offense Charged ☐ CFR ☒ USC ☐ State Code |
|---|---|
| 11/04/2017 A.M 0700 am | 18 USC 513 |
| | FSS 322.15(1) |

Place of Offense: NAS PENSACOLA MAIN GATE Duncan Rd

Offense Description: Factual Basis for Charge        HAZMAT ☐

FAILURE TO PRODUCE LICENSE

**DEFENDANT INFORMATION**

| Last Name | |
|---|---|
| GRIFFITH | KEVIN |

Street Address

[REDACTED]

| Tag No. | State | Year | Make/Model | PASS | Color |
|---|---|---|---|---|---|
| TN147057 | AL | 15 | NISSAN VERSA | | BLUE |

A ☒ IF BOX A IS CHECKED, YOU MUST APPEAR IN COURT. SEE INSTRUCTIONS (on back of yellow copy)

B ☐ IF BOX B IS CHECKED, YOU MUST PAY AMOUNT INDICATED BELOW OR APPEAR IN COURT. SEE INSTRUCTIONS (on back of yellow copy)

$ _____ Forfeiture Amount
+ $30 Processing Fee

**PAY THIS AMOUNT →** $ _____ Total Collateral Due

**YOUR COURT DATE**
(If no court appearance date is shown, you will be notified of your appearance date by mail.)

| Court Address | Date (mm/dd/yyyy) |
|---|---|
| | |
| | Time (hh:mm) |

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or pay the total collateral due.

X Defendant Signature _Kevin Griffith_

(Rev. 09/2015)        Original - CVB Copy

CVB SCAN 02/05/2018 11:17

---

**STATEMENT OF PROBABLE CAUSE**
(For issuance of an arrest warrant or summons)

I state that on 09 NOVEMBER 20 17 while exercising my duties as a law enforcement officer in the NORTHERN District of FLORIDA WHILE STANDING MY POST AT NAS PENSACOLA MAIN GATE, I POLICE OFFICER MOORE WAS INFORMED BY POLICE OFFICER CASTRO #6287 THAT HE HAD A DRIVER WITH JUST A FLORIDA IDENTIFICATION CARD IN HIS LANE OF TRAFFIC. I MADE CONTACT WITH DRIVER GRIFFITH, WHO COULD NOT PRODUCE A VALID DRIVER LICENSE. A NCIC CHECK COULD NOT FIND A VALID DRIVER'S LICENSE IN FLORIDA OR NEW MEXICO.

The foregoing statement is based upon:

✓ my personal observation        ☐ my personal investigation

✓ information supplied to me from my fellow officer's observation

☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: 11/09/2017    _W.Moore_
Date (mm/dd/yyyy)    Officer's Signature

Probable cause has been stated for the issuance of a warrant.

Executed on: _____
Date (mm/dd/yyyy)    U.S. Magistrate Judge

HAZMAT = Hazardous material involved in incident; PASS = 9 or more passenger vehicle; CDL = Commercial drivers license; CMV = Commercial vehicle involved in incident

CVB SCAN 02/05/2018 11:17